WILFRED TANTUM, PLAINTIFF-APPELLANT, v. CHARLES D. BINZ, DEFENDANT-RESPONDENT.

Argued September 28, 1982—Decided October 18, 1982.

*Laurence M. McHeffey* argued the cause for appellant (*Hanlon, Dempsey & McHeffey,* attorneys).

*Hugh Porter* argued the cause for respondent (*Enright, Porter & Lenney,* attorneys).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Botter, reported at 186 *N.J.Super.* 296, 302 (1981).

*For reversal* —Chief Justice WILENTZ and Justices CLIFFORD, SCHREIBER, HANDLER, POLLOCK and O'HERN —6.

*For affirmance* —None.